UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI-DADE DIVISION

CASE NO.: 1:24-cv-20072 -XXXX

SHANIQUA BELMONTES

Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

Defendant.

______________________________________/

**COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, SHANIQUA BELMONTES, by and through his undersigned counsel, and sues Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES (hereinafter "CARNIVAL"), and alleges:

1. Plaintiff, SHANIQUA BELMONTES, is an adult of legal capacity who is a resident of the State of Florida.

2. At all times material hereto, Defendant, CARNIVAL, is a foreign and/or Panamanian corporation with its principal place of business in Miami-Dade County Florida. CARNIVAL maintained offices and agents and was doing business in the State of Florida, at 3655 N.W. 87th Avenue, Miami, Florida 33718, in Miami-Dade County, Florida.

3. Defendant, CARNIVAL, owned, operated or maintained the CARNIVAL LIBERTY; said vessel was at all material times engaged as a cruise ship in the carriage of passengers for hire.

4. This action presents an admiralty or maritime case brought within the jurisdiction of the United States pursuant to Article III, section 2 of the U.S. Constitution, 28 U.S.C 1333, as well as general maritime law, and any other applicable laws and/or provisions.

5. Venue is proper pursuant to the forum selection contractual obligation clause.

6. On or about January 17, 2023, Plaintiff, SHANIQUA BELMONTES, was a passenger on the CARNIVAL LIBERTY, her fare having been paid, entitling her to the cruise.

7. That on or about January 17, 2023, Plaintiff, SHANIQUA BELMONTES, was on board the cruise ship CARNIVAL LIBERTY, when she was startled by a cockroach in her stateroom (9239), causing her to trip over a chair, hit the desk located inside the stateroom and ultimately causing her to fall to the ground. Plaintiff was seriously injured as a result of this incident.

8. At all times material hereto, Plaintiff, SHANIQUA BELMONTES, had no knowledge of the presence of insects in her stateroom, specifically cockroaches.

9. At all times material hereto, Defendant, CARNIVAL, was obligated to:

a) Maintain its premises in a reasonably safe condition and free of any unsanitary objects, substances, insects, any of which could create a slip and fall or trip and fall hazard;

b) Routinely inspect the ship, including all common areas and staterooms, to ensure the ship is sanitary for the overall health and safety of its passengers and crew;

c) Warn passengers of any dangers that it knew or should have known existed.

10. On or about January 17, 2023 Defendant, CARNIVAL, negligently and carelessly maintained, operated, managed and/or controlled the above-described area so as to

create or allow to exist unsanitary conditions on its premises, to wit: insects, specifically cockroaches, in staterooms.

11. On or about January 17, 2023, Plaintiff, SHANIQUA BELMONTES, suffered bodily injury as a result of the negligence of the Defendant, CARNIVAL.

12. The aforementioned unsanitary condition was created by the Defendant, CARNIVAL, or had existed for such a sufficient length of time that the Defendant, CARNIVAL, knew or should have known of the unsanitary condition.

13. As a direct and proximate result of the above-described negligence of the Defendant, CARNIVAL, the Plaintiff, SHANIQUA BELMONTES, suffered bodily injury, pain and suffering, aggravation of a previously existing condition, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. All of such losses are permanent and/or continuing in nature.

14. Plaintiff, SHANIQUA BELMONTES, provided timely notice of her claims to Defendant, CARNIVAL, and timely files this lawsuit in accordance with the cruise ticket contract.

WHEREFORE, the Plaintiff, SHANIQUA BELMONTES, prays for all suitable relief, including but not limited to: Economic (Special) damages according to proof; Non- economic (General) damages according to proof; Pre and post judgement interest allowable by law; Costs of litigation; and any other relief this Court deems just and appropriate.

For the purposes of due process and compliance with the Federal Rules of Civil Procedure, Plaintiff sets forth a demand amount of not more than $2,000,000.00, noting that this amount is subject to change upon discovery.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues so triable.

RESPECTFULLY submitted this 9th day of January, 2024.

By: /s/ Alberto M. Lara, Esq.
**ALBERTO M. LARA, ESQ. (FBN 1002342)**
The Pendas Law Firm
2332 Galiano Street, Suite 205
Coral Gables, Florida 33134
Telephone: 786-930-4447
Facsimile: 561-425-9766
Primary: southflapleadings@pendaslaw.com
Second:alara@pendaslaw.com
Third: fdiaz@pendaslaw.com
Attorneys for the Plaintiff